

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2024

No. 04-24-00361-CV

**IN RE** Faith **RAMIREZ**

Original Mandamus Proceeding[1]

**ORDER**

On May 21, 2024, relator filed a petition for writ of mandamus. No responses were filed. We conditionally grant the petition for writ of mandamus and order the Honorable Mary Lou Alvarez to, no later than fifteen days from the date of this order, vacate the (1) May 17, 2024 Modified Interim Orders and all orally rendered orders made during the May 10, 2024 hearing; (2) May 10, 2024 Order Issuing Writ of Attachment; and (3) Amicus Decretal Paragraph from the May 10, 2024 Temporary Orders. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Mary Lou Alvarez fails to comply with this order.

It is so **ORDERED** on August 14, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2020-CI-00887, styled *In the Interest of D.L. and L.L*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.